GOTTLIEB & ASSOCIATES PLLC
ATTORNEYS
150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795 www.gottlieblaw.net

August 27, 2026

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Senior v. Senior v. Stella & Dot LLC*
Case No.: 1:26-cv-4935

Dear Judge Subramanian,

The undersigned represents Frank Senior, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Senior v. Stella & Dot LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for September 10, 2026, at 4:00 PM (Dkt. 6) be adjourned for 60 days because the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

/s/Michael A. LaBollita, Esq.
Michael A. LaBollita, Esq.

GRANTED.

The initial pretrial conference scheduled for September 10, 2026, is hereby adjourned until November 12, 2026, at 4:30 PM. The parties are required to file a joint letter, the contents of which are described in the order at Dkt. 6, on or before the Wednesday before November 12, 2026.

Plaintiff should keep the Court apprised of any further developments.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 3, 2026